hearings. We agree with the court in *Lion* that "the duty of a trial court to conduct a full and fair hearing is independent of the persuasive burden necessary to sustain the action of the administrative agency." 107 Ill.App.2d 354, 362.

■ ■ For the reasons stated herein the judgment of the trial court reversing the decision of the Civil Service Commission is reversed, and thus the Order of the Civil Service Commission is reinstated.

Reversed.

HAYES, P. J., and DOWNING, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PETER JOHNSON, Defendant-Appellant.

(No. 58897;

First District (2nd Division)—April 2, 1974.

PER CURIAM.
LEIGHTON, J., took no part.

James J. Doherty, Public Defender, of Chicago (Leonard V. Solomon, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Jerald A. Kessler, Assistant State's Attorneys, of counsel), for the People.